IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

KENNETH W. ASHFORD, :
    Petitioner :
     : CIVIL NO. 3:11-CV-1060
v. :
     : (JUDGE NEALON)
MIKE WENEROWICZ, et al., : (MAGISTRATE JUDGE SMYSER)
    Respondents :

## ORDER

**NOW**, THIS 7th DAY OF FEBRUARY, 2012, for the reasons set forth in this Court's Memorandum issued this date, **IT IS HEREBY ORDERED THAT:**

1. The Report and Recommendation (Doc. 22) is **ADOPTED**;

2. The habeas corpus petition (Doc. 1) is **DENIED**;

3. The request for bond (Doc. 11) is **DENIED**;

4. Petitioner's motion for summary judgment (Doc. 17) is **DENIED**;

5. Petitioner's objections to the R&R (Doc. 23) are **OVERRULED**;

6. Petitioner's motion to appoint counsel (Doc. 25) is **DENIED**;

7. The Clerk of Courts is directed to **CLOSE** this case; and

8. There is no basis for a certificate of appealability. See 28 U.S.C. § 2253.

                                          /s/ William Nealon
                                          **United States District Judge**